# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| | : | |
| | : | (18 U.S.C. 1752(a)(1) |
| | : | **(Entering or Remaining in Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| | : | |
| **JOSEPH ANTHONY CAPUTO,** | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about November 26, 2015, in the District of Columbia, the defendant, **JOSEPH ANTHONY CAPUTO**, did knowingly enter and remain in a restricted building and grounds, that is, the White House grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

                                                   CHANNNG D. PHILLIPS
                                                   United States Attorney
                                                   D.C. Bar No. 415793

BY: _____
              ARI B. REDBORD
              Assistant United States Attorney
              D.C. Bar 476998
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 252-7018
              Ari.Redbord@usdoj.gov