# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 15-175 (CRC) |
| JOSEPH ANTHONY CAPUTO, | : |
| Defendant. | : |

## ORDER

Based on the representations set forth in the Unopposed Motion to Modify Conditions of Release, it is hereby ORDERED, that, the defendant's conditions of release be modified to include the following: (1) that the defendant not possess any firearm or dangerous weapon and that no firearm or dangerous weapon exist in the home in which the defendant resides; and, (2) that the defendant remain, at all times, in the District of Connecticut, other than for Court appearances or legal obligations in the District of Columbia.

_____
CHRISTOPHER R. COOPER
JUDGE, UNITED STATES DISTRICT COURT

12/7/15
DATE